108 F.3d 1373
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Stanley PERRIN, Plaintiff--Appellant,
v.
COMMISSIONER OF PUBLIC WORKS, Defendant--Appellee.
 No. 96-1471.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 27, 1997.
Decided March 10, 1997.
 
 Stanley Perrin, Appellant Pro Se. Vance J. Bettis, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellee.
 Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order entering judgment in favor of Defendant in this action alleging racially discriminatory discharge in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Perrin v. Commissioner of Pub. Works, No. CA-95-2021-8-20AK (D.S.C. Mar. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.